IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HONEY HAYDEN**                                                                                          **PLAINTIFF**

V.                    **CASE NO. 4:22-CV-00376-JM-JTK**

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                              **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed, and the time to do so has expired. After careful consideration, the Court approves and adopts the Recommended Disposition in all respects.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment will be entered for the Commissioner in this case.

DATED this 27th day of April 2023.

_____
UNITED STATES DISTRICT JUDGE