IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HONEY HAYDEN**                                                                                    **PLAINTIFF**

V.                            **CASE NO. 4:22-CV-00376-JM-JTK**

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                              **DEFENDANT**

### JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED, and judgment is entered in favor of the Commissioner.

DATED this 27th day of April 2023.

_____
UNITED STATES DISTRICT JUDGE